proving the last will and testament of Catharine Johnston, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed by default, with costs.

JOLINE et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by Adrian N. Joline and others as receivers, etc., against the City of New York. A. H. Masten, for appellants. W. P. Burr, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 65 Misc. Rep. 394, 121 N. Y. Supp. 857.

JONES v. GOULD et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by John S. Jones against George J. Gould and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1038

JONES et al. v. LYONS et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Appeal from Special Term, New York County. Action by John L. Jones and another against Margaret Lyons and another. From a judgment for plaintiffs, defendants appeal. Modified and affirmed. Henry K. Davis, for appellants. Charles O. Maas, for respondents.

PER CURIAM. We think that $500 is a reasonable compensation for the services rendered by the plaintiff. The judgment appealed from is therefore modified, by reducing the amount recoverable by plaintiffs to the sum of $500, and, · as so modified, affirmed, without costs.

JOSEPH, Respondent, v. HERZIG, Appellant (two cases). (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Jeanette H. Joseph, as executrix, against Simon Herzig, individually, etc. N. Nathan, for appellant. J. A. Garver, for respondent. No opinion. Orders (131 N. Y. Supp. 321) affirmed, with $10 costs and disbursements. Orders filed.

In re JOSEPH FALLERT BREWING CO. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the application of the Joseph Fallert Brewing Company, Limited, for a writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements.

JOSUPEET, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by John Josupeet against the City of Niagara Falls. No opinion. Judgment and order (70 Misc. Rep. 638, 127 N. Y. Supp. 527) affirmed, with costs.

KAHALY, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Gabrielle A. Kahaly against Andrew Meyer. No opinion. Judgment of the Municipal Court affirmed, with costs.

KAISER, Respondent, v. HARRIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Cora N. Kaiser against James S. Harris, impleaded with others. R. T. Greene, for appellant. F. I. Tierney, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

KANE, Respondent v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by John Kane against the United Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., dissents.

KENDALL v. ROHDE et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Harriet L. Kendall against Frederick Rohde and others. No opinion. Judgment modified, by striking out the provision that awards separate costs against each defendant, and by decreeing one bill of costs and disbursements against all of the defendants, and, as so modified, affirmed, without costs.

KENEALLY, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by John J. Keneally against Patrick Murphy.

PER CURIAM. Judgment affirmed, with costs.

JENKS, P. J., not voting.

KENT, Respondent, v. JAMESTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by William E. Kent, as administrator, etc., against the Jamestown Street Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

KERNAN v. ELFIN et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Harvey Kernan against Barney Elfin and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

KERNAN v. ELFIN et al. (Supreme Court, Appellate Division, Second Department. Octo-